# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ALBANY DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : CASE NO.: 1:23-CR-21-1 (LAG) |
| LUCIUS LAMAR WILLIAMS, | : |
| Defendant. | : |

## ORDER

Before the Court is Defendant Lucius Lamar Williams' Motion to Seal. (Doc. 153). Therein, Defendant moves to file his forthcoming Response to the Government's Motion in Limine under seal. (*Id.* at 1). The Court previously ordered that the Government's Motion be filed under seal. For the same reason, there is good cause to seal Defendant's response; and Defendant's Motion (Doc. 153) is **GRANTED**. The Clerk of Court is **DIRECTED** to file Defendant's Response under seal. The Clerk of Court is further **DIRECTED** to file the Government's Reply and any exhibits or attachments related to the Motion (Doc. 143) under seal.

**SO ORDERED**, this 10th day of July, 2025.

/s/ Leslie A. Gardner
**LESLIE A. GARDNER, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**